**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL E. MOCKOVAK, JOSEPH W. KING, and CHARTER BANK,<br><br>    Defendants. | No. C09 – 1731RSM<br><br>EXTENSION OF TEMPORARY RESTRAINING ORDER |

This matter comes before the Court on Plaintiff Prudential Insurance Company of America's Motion to Extend Temporary Restraining Order under FRCP 65 (b) (docket # 8 ). The Court's findings set out in its Temporary Restraining Order of December 7, 2009 (Dkt. 4) remain unchanged. In addition, the Court finds that good cause exists to extend the Temporary Restraining Order: the parties appear to be close to settlement, and it is in the interests of judicial economy and the parties' interest to maintain the status quo and extend the order for another 14 days under FRCP 65 (b).

Accordingly, it is hereby ORDERED:

(1) Plaintiff's Motion to Extend Temporary Restraining Order is GRANTED.

EXTENSION OF TEMPORARY RESTRAINING ORDER - 1
S:\Martinez\prudential09-1731ext.TRO.doc

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1500
Seattle, WA 98104
(206) 223-4226

1    (2) Defendants are hereby enjoined and restrained from dissipating, assigning,
2 transferring, otherwise converting, or making any claims for proceeds or benefits under
3 Prudential Policy No. L8 281 606 insuring the life of Dr. King.
4    (3) This temporary restraining order shall be in effect from December 21, 2009, 5:00
5 p.m. and expires January 4, 2010, 5:00 p.m.  Should plaintiff require an extension of the TRO,
6 such request shall be filed and served upon defendants before 1:00 p.m. on Wednesday,
7 December 30, 2009.  Any objections to the extension shall be filed before 1:00 on Thursday,
8 December 31, 2009.  Any party requesting a hearing on this matter shall call the courtroom
9 deputy at 370-8521 to schedule a date and time for the hearing.

Dated this 22 day of December, 2009.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

EXTENSION OF TEMPORARY RESTRAINING ORDER - 2
S:\Martinez\prudential09-1731ext.TRO.doc

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1500
Seattle, WA  98104
(206) 223-4226